McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $103,204.55 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8777523872, AND<br><br>THE DOMAIN NAME: "GEMSTONED.NET",<br><br>Defendants. | 2:20-MC-00210-MCE-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Loretta Crouch ("claimant"), by and through their respective counsel, as follows:

1.	On or about March 3 and 13, 2020, the U.S. Postal Inspection Service ("USPIS") seized the above-referenced defendant funds and domain name pursuant to Federal seizure warrants (hereafter collectively "defendant assets").

2.	Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is July 31, 2020.

1

3. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 29, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to October 29, 2020.

Dated: 7/26/2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/23/2020

/s/ Samuel D. Berns
SAMUEL D. BERNS
Attorney for potential claimant
Loretta Crouch

(Signature authorized by phone)

IT IS SO ORDERED.

Dated: July 28, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Extend Time