1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6
7
8             IN THE UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,                  | 2:20-MC-00210-MCE-EFB
12 |         Plaintiff,                          |
13 |    v.                                       | STIPULATION AND ORDER EXTENDING
                                                   TIME FOR FILING A COMPLAINT FOR
                                                   FORFEITURE AND/OR TO OBTAIN AN
14 | APPROXIMATELY $103,204.55 SEIZED FROM       | INDICTMENT ALLEGING FORFEITURE
   | WELLS FARGO BANK ACCOUNT NUMBER
15 | 8777523872, AND
16 | THE DOMAIN NAME: "GEMSTONED.NET",
17 |         Defendants.

18

19     It is hereby stipulated by and between the United States of America and potential claimant Loretta

20 Crouch ("claimant"), by and through their respective counsel, as follows:

21     1.    On or about March 3 and 13, 2020, the U.S. Postal Inspection Service ("USPIS") seized

22 the above-referenced defendant funds and domain name pursuant to Federal seizure warrants (hereafter

23 collectively "defendant assets").

24     2.    Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to

25 send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an

26 indictment alleging that the defendant assets are subject to forfeiture within one hundred and fifty days of

27 seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That

28 deadline was July 31, 2020.

3. By Stipulation and Order filed July 29, 2020, the parties stipulated to extend to October 29, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 27, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to November 27, 2020.

Dated: 10/28/2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 10/28/2020

/s/ Samuel D. Berns
SAMUEL D. BERNS
Attorney for potential claimant
Loretta Crouch

(Signature authorized by email)

IT IS SO ORDERED.

Dated: October 30, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Extend Time