McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $103,204.55 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8777523872, AND<br><br>THE DOMAIN NAME: "GEMSTONED.NET",<br><br>　　　　　Defendants. | 2:20-MC-00210-MCE-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and potential claimant Loretta Crouch ("claimant"), by and through their respective counsel, as follows:

　　　　1.　　On or about March 3 and 13, 2020, the U.S. Postal Inspection Service ("USPIS") seized the above-referenced defendant funds and domain name pursuant to Federal seizure warrants (hereafter collectively "defendant assets").

　　　　2.　　Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was July 31, 2020.

3. By Stipulation and Order filed July 29, 2020, the parties stipulated to extend to October 29, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4. By Stipulation and Order filed October 30, 2020, the parties stipulated to extend to November 27, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to January 19, 2021.

Dated:  11/20/2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  11/20/2020

/s/ Samuel D. Berns
SAMUEL D. BERNS
Attorney for potential claimant
Loretta Crouch

(Signature authorized by email)

IT IS SO ORDERED.

Dated:  November 23, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time