1
McGREGOR W. SCOTT
United States Attorney
2
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3
501 I Street, Suite 10-100
Sacramento, CA  95814
4
Telephone:  (916) 554-2700

5
Attorneys for the United States

6

7

8
IN THE UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

11
UNITED STATES OF AMERICA,                              2:20-MC-00210-MCE-EFB

12
                    Plaintiff,

13
        v.                                             STIPULATION AND ORDER EXTENDING
                                                       TIME FOR FILING A COMPLAINT FOR
14
APPROXIMATELY $103,204.55 SEIZED FROM                  FORFEITURE AND/OR TO OBTAIN AN
WELLS FARGO BANK ACCOUNT NUMBER                        INDICTMENT ALLEGING FORFEITURE
15
8777523872, AND

16
THE DOMAIN NAME: "GEMSTONED.NET",

17
                    Defendants.

18

19
        It is hereby stipulated by and between the United States of America and potential claimant Loretta

20
Crouch ("claimant"), by and through their respective counsel, as follows:

21
        1.      On or about March 3 and 13, 2020, the U.S. Postal Inspection Service ("USPIS") seized

22
the above-referenced defendant funds and domain name pursuant to Federal seizure warrants (hereafter

23
collectively "defendant assets").

24
        2.      Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to

25
send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an

26
indictment alleging that the defendant assets are subject to forfeiture within one hundred and fifty days of

27
seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That

28
deadline was July 31, 2020.

1

3.     By Stipulation and Order filed July 29, 2020, the parties stipulated to extend to October 29, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4.     By Stipulation and Order filed October 30, 2020, the parties stipulated to extend to November 27, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5.     By Stipulation and Order filed November 24, 2020, the parties stipulated to extend to January 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to February 18, 2021.

Dated: 1/14/2021                                            McGREGOR W. SCOTT
                                                            United States Attorney

                                            By:     /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney

Dated:  1/14/2021                                   /s/ Samuel D. Berns
                                                    SAMUEL D. BERNS
                                                    Attorney for potential claimant
                                                    Loretta Crouch

                                                    (Signature authorized by email)


IT IS SO ORDERED.

Dated:  January 19, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

3

Stipulation and Order to Extend Time